IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLE BAKER,

                Plaintiff,

v.

BAYER HEALTHCARE PHARMACEUTICALS, INC.,

                Defendant.

NO. C13-0490 TEH

ORDER STAYING CASE

        Defendant Bayer Healthcare Pharmaceuticals, Inc. has noticed a motion to dismiss and motion to strike for hearing on April 8, 2013. The parties subsequently filed a stipulation and proposed order to extend the briefing schedule.

        Although the parties have not notified the Court of any related proceedings, it has come to the Court's attention that Plaintiff Nicole Baker has notified the Judicial Panel on Multidistrict Litigation ("JPML") that this case is potentially related to Multidistrict Litigation ("MDL") Docket No. 2434, *In re: Mirena IUD Products Liability Litigation*. The JPML is scheduled to hear a motion to transfer these cases on March 21, 2013.

        With good cause appearing, IT IS HEREBY ORDERED that this case is STAYED pending the JPML's consideration of the transfer motion in the interests of judicial economy and because it does not appear that a stay will cause prejudice to either party. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (courts have inherent power to control their own dockets, including the power to stay proceedings in the interests of judicial economy); *In re Apple iPhone Application Litig.*, Case No. 10-CV-05878-LHK, 2011 WL 2149102, at *2 (N.D. Cal. May 31, 2011) (factors courts consider when weighing a stay include "(1) conserving judicial resources and avoiding duplicative litigation; (2) hardship and inequity to the moving party if the action is not stayed; and (3) potential prejudice to the

non-moving party"). Accordingly, the briefing schedule and hearing date on Defendant's pending motion to dismiss are hereby vacated.

If the JPML does not transfer this case to the MDL court, then Defendant shall re-notice its motion for a date at least five weeks from the date of the re-notice. Plaintiff's opposition will be due two weeks from the date of the re-notice, and Defendant's reply will be due three weeks from the date of the re-notice.

**IT IS SO ORDERED.**

Dated: 03/12/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT