IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BAKER,<br><br>                    Plaintiff,<br><br>          v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>                    Defendant. | NO. C13-0490 TEH<br><br>ORDER LIFTING STAY |

The Court stayed this case on March 12, 2013, pending possible transfer to Multidistrict Litigation ("MDL") Docket No. 2434, *In re: Mirena IUD Products Liability Litigation*. The Judicial Panel on Multidistrict Litigation has now vacated the order conditionally transferring this case to the MDL proceedings. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the stay is lifted.

**IT IS SO ORDERED.**

Dated: 09/03/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT