William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Dana M. Isaac (CA State Bar #278848)
disaac@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BAKER,<br>　　　　　Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.,<br>　　　　　Defendant | **Case No.: C:13-0490 TEH**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE THE HEARING DATE ON THE MOTION TO DISMISS AND TO ALLOW FILLING OF THE SECOND AMENDED COMPLAINT**<br><br>**Complaint Filed: February 4, 2013** |

WHEREAS, Plaintiff filed her complaint on February 4, 2013;

WHEREAS, Plaintiff filed her First Amended Complaint on February 6, 2013;

WHEREAS, Defendant in the above-captioned matter filed its Motion to Dismiss Plaintiff's First Amended Complaint on August 28, 2013;

WHEREAS, Plaintiff intends to file a Second Amended Complaint in response to the Motion to Dismiss;

WHEREAS, the current due date for Plaintiff's Opposition to the Motion to Dismiss is

**STIPULATION AND [PROPOSED] ORDER TO VACATE THE HEARING DATE ON THE MOTION TO DISMISS AND TO ALLOW FILLING OF THE SECOND AMENDED COMPLAINT**

September 11, 2013;

WHEREAS, in the interests of judicial economy Plaintiff has requested and Defendant has agreed to withdraw the Motion to Dismiss, vacate the opposition and reply due dates, as well as the hearing date set for October 7th, 2013, and stipulate to an order allowing the filing of the Second Amended Complaint without motion practice, provided Defendant reserves its right to file a subsequent motion to dismiss, if appropriate, in response to Plaintiff's Second Amended Complaint; and

WHEREAS this is the first such request in this case and it will not affect any other deadlines currently in place;

IT IS HEREBY STIPULATED AND AGREED THAT:

Defendant's Motion to Dismiss is withdrawn and the hearing date vacated. Plaintiff shall have thirty days from the date of the order to file her Second Amended Complaint. Defendant reserves its right to file a subsequent motion to dismiss if appropriate.

Dated: <u>Sept. 9, 2013</u>

AUDET & PARTNERS, LLP

/s/
William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Dana M. Isaac (CA State Bar #278848)
disaac@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone: 415.982.1776
Facsimile: 415.576.1776
*Attorneys for Plaintiff*

Dated: <u>Sept. 9, 2013</u>

SHOOK, HARDY & BACON

/s/
Alicia J. Donahue (CA State Bar # 117412)
adonahue@shb.com
One Montgomery, Suite 2700
San Francisco, CA, 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281
*Attorney for Defendant*

**STIPULATION AND [PROPOSED] ORDER TO VACATE THE HEARING DATE ON THE MOTION TO DISMISS AND TO ALLOW FILLING OF THE SECOND AMENDED COMPLAINT**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Defendant's Motion to Dismiss is withdrawn and the hearing date vacated. Plaintiff shall file her Second Amended Complaint 30 days from the date of this order.  Defendant shall file a responsive motion or answer thereafter.

Dated: 09/10/2013



**STIPULATION AND [PROPOSED] ORDER TO VACATE THE HEARING DATE ON THE MOTION TO DISMISS AND TO ALLOW FILLING OF THE SECOND AMENDED COMPLAINT**