William M. Audet (SBN: 117456)
Mark E. Burton, Jr. (SBN: 178400)
Jill T. Lin (SBN: 284962)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone:    415.568.2555
Facsimile:    415.568.2556

*Attorneys for Plaintiff Nicole Baker*

Alicia J. Donahue (SBN 117412)
Amir Nassihi (SBN 235936)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281

*Attorneys for Defendant*
*BAYER HEALTHCARE*
*PHARMACEUTICALS INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BAKER,<br><br>           Plaintiff,<br><br>    v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>           Defendant. | Case No. 3:13-cv-00490-TEH<br><br>**STIPULATION AND [**~~PROPOSED~~**]**<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Honorable Thelton E. Henderson |

        Pursuant to Paragraph 4 of the Civil Standing Orders of the Honorable Thelton E. Henderson and Rule 7-12 of the Civil Local Rules for the United States District Court for the Northern District of California, Plaintiff Nicole Baker ("Plaintiff") and Defendant Bayer HealthCare Pharmaceuticals Inc. ("Defendant") (collectively referred to as the "Parties") through their respective counsel hereby

submit this stipulated request to continue the October 6, 2014 case management conference in this matter to October 27, 2014, or any other later date convenient for the Court's calendar.

This stipulated request is based upon the fact that defense counsel had a longstanding pre-booked East Coast trip for a client meeting and will not be able to attend the October 6, 2014 case management conference. The Parties recently filed stipulation and proposed order to continue the case management conference to October 14, 2014, to allow time for parties to work on resolving their ongoing discovery disputes. (Dkt. 54)  However, the Court scheduled the conference to October 6, 2014, a date in conflict with defense counsel's prior pre-booked travel arrangements to the East Coast.

The Parties are in the process of finalizing a Joint Discovery Letter outlining each side's position pertaining to Plaintiff's complaints regarding Defendant's production of documents as it relates to adverse event reports and sales call notes.

Accordingly, the Parties respectfully request that this Court continue the October 6, 2014 Case Management Conference to October 27, November 3, November 10, 2014, or to a later date more convenient to the Court's calendar.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that:

1. The October 6, 2014 case management conference is continued to October 27, 2014, November 3, November 10, or to a later date convenient to the Court's calendar; and
2. The relevant deadlines under Rule 26 of the Federal Rules of Civil Procedure and Civil Local Rule 16-9 are continued to track the new date for the case management conference.

Dated: August 29, 2014        By:    /s/ Jill T. Lin
                                     Jill T. Lin

                                     Attorneys for Plaintiff
                                     Nicole Baker

//

//

1 | Dated: August 29, 2014 | By: /s/ Alicia J. Donahue
2 | | Alicia J. Donahue
3 | | Attorneys for Defendant
4 | | Bayer HealthCare Pharmaceuticals Inc.

6  Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained
7  from the other signatories.

8 | | By: /s/ Alicia J. Donahue
9 | | Alicia J. Donahue

3

293890 v1

# [~~PROPOSED~~] ORDER

The Court hereby orders that the case management conference currently set for October 6, 2014 is continued to October 27, 2014, ~~November 3, November 10, or to a later date convenient to the Court's calendar~~. The relevant deadlines under Rule 26 of the Federal Rules of Civil Procedure and Civil Local Rule 16-9 are continued to track the new date for the case management conference.

IT IS SO ORDERED.

Dated: ___09/02/2014___          _____/s/ Thelton E. Henderson_____
                                 THE HONORABLE THELTON E. HENDERSON
                                 U.S. DISTRICT COURT JUDGE